## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| GEARY MYERS, | : | No. 49 EM 2021 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| THE COUNTY OF PHILADELPHIA COURT | : | |
| OF COMMON PLEAS CIVIL DIVISION, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 19th day of November, 2021, the Petition for Writ of Mandamus is DENIED.